# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 14, 2007

131670

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

TIMOTHY JORDAN, Personal
Representative of the Estate of
Sandra Jordan, Deceased,
          Plaintiff-Appellant,

v

MERCY MEMORIAL HOSPITAL,
DAVID EUGENE SZYMANSKI,
M.D., and SYED HASSAN, M.D.,
          Defendants-Appellees.

SC: 131670
COA: 259224
Monroe CC: 04-017775-NH

_____/

      By order of April 13, 2007, the application for leave to appeal the April 25, 2006 judgment of the Court of Appeals was held in abeyance pending the decision in *Mullins v St Joseph Mercy Hosp* (Docket No. 131879). On order of the Court, the case having been decided on November 28, 2007, ___ Mich ___ (2007), the application is again considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals and REMAND this case to the Monroe Circuit Court for entry of an order denying the defendants' motion for summary disposition and for further proceedings not inconsistent with this order and the order in *Mullins*.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 14, 2007

_____
Clerk